UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ATLANTIC SPECIALTY
INSURANCE COMPANY,

          Plaintiff,

v.

PREMERA BLUE CROSS,

          Defendant.

C15-1927 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 82, the Court continues the stay of this matter pending resolution of the underlying multi-district litigation ("MDL") matter. The parties are DIRECTED to file a Joint Status Report within fourteen (14) days after resolution of the MDL matter or by January 18, 2019, whichever occurs earlier.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of June, 2018.

                                          William M. McCool
                                          Clerk

                                          s/Karen Dews
                                          Deputy Clerk

MINUTE ORDER - 1