The Hon. Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>vs.<br><br>PREMERA BLUE CROSS,<br><br>                    Defendant. | NO. 2:15-cv-01927-TSZ<br><br>**Joint Status Report** |

Joint Status Report
Case No. 2:15-cv-01927-TSZ

Meagher & Geer PLLP
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
612-338-0661

1     In its June 4, 2018 Order continuing the stay in this case pending resolution of the underlying
2 multi-district litigation ("MDL") matter (Docket No. 83), the Court directed the parties to file a
3 Joint Status Report by January 18, 2019 if the MDL matter was not resolved. The parties have
4 conferred and submit their Joint Status Report as follows:

5 **I. <u>Status of Underlying MDL</u>**

6     The underlying MDL has not been resolved. The class counsel in the MDL have filed a
7 motion for class certification, which has been briefed and argued. No decision has yet been
8 rendered.

9     The parties agree this matter should continue to be stayed pending resolution of the underlying
10 MDL.

Joint Status Report
Case No. 2:15-cv-01927-TSZ

Meagher & Geer PLLP
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
612-338-0661

| | | |
|---|---|---|
| 1 | Dated: January 18, 2019. | MEAGHER & GEER PLLP |

s/ Charles E. Spevacek
Charles E. Spevacek (MN0126044)(pro hac vice)
s/ Paula Weseman Theisen
Paula Weseman Theisen (MN0178950)(pro hac vice)
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
Tel: (612) 338-0661
Fax: (612) 877-9653
cspevacek@meagher.com
ptheisen@meagher.com

BETTS, PATTERSON & MINES, P.S.

s/ Joseph D. Hampton
Joseph D. Hampton, WSBA #15297
s/ Daniel L. Syhre
Daniel L. Syhre, WSBA #34158
One Convention Place, Suite 1400
701 Pike Street
Seattle WA 98101-3927
Telephone:    (206) 292-9988
Facsimile:    (206) 343-7053
E-mail:jhampton@bpmlaw.com
E-mail:dsyhre@bpmlaw.com

Attorneys for Plaintiff Atlantic Specialty Insurance Company

and

ORRICK, HERRINGTON & SUTCLIFFE LLP

s/Darren S. Teshima
Darren S. Teshima (pro hac vice)
405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700
dteshima@orrick.com

and

s/Mark S. Parris
Mark S. Parris, WSBA # 18370
701 Fifth Avenue, Suite 5600
Seattle, WA 98104-7097
Tel: (206) 839-4300
mparris@orrick.com

Attorneys for Defendant Premera Blue Cross

Joint Status Report
Case No. 2:15-cv-01927-TSZ

2

Meagher & Geer PLLP
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
612-338-0661

| | |
|---|---|
| 1 | Certificate of Service |
| 2 | |
| 3 | I hereby certify that I caused the foregoing document to be electronically filed on January 18, 2019 through the CM/ECF system and served on the following attorneys for Premera Blue Cross via CM/ECF: |

Darren S. Teshima　　　　　　　　　Mark S. Parris
Orrick, Herrington & Sutcliffe LLP　　Orrick, Herrington & Sutcliffe LLP
405 Howard Street　　　　　　　　　701 Fifth Avenue, Suite 5600
San Francisco, CA 94105　　　　　　Seattle, WA 98104-7097

Dated: January 18, 2019.　　　　　　MEAGHER & GEER PLLP

s/ Paula Weseman Theisen
Paula Weseman Theisen (MN0178950)(pro hac vice)
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
Tel: (612) 338-0661
Fax: (612) 877-9653
ptheisen@meagher.com

Attorneys for Plaintiff Atlantic Specialty Insurance Company

Joint Status Report
Case No. 2:15-cv-01927-TSZ

3

Meagher & Geer PLLP
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
612-338-0661