# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ATLANTIC SPECIALTY
INSURANCE COMPANY,

        Plaintiff,

v.

PREMERA BLUE CROSS,

        Defendant.

C15-1927 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 84, the Court continues the stay of this matter pending resolution of the underlying multi-district litigation ("MDL") matter. The parties are DIRECTED to file a Joint Status Report within fourteen (14) days after resolution of the MDL matter or by January 10, 2020, whichever occurs earlier.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of January, 2019.

                                          William M. McCool
                                          Clerk

                                          s/Karen Dews
                                          Deputy Clerk

MINUTE ORDER - 1