UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ATLANTIC SPECIALTY
INSURANCE COMPANY,

          Plaintiff,

v.

PREMERA BLUE CROSS,

          Defendant.

C15-1927 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 87, and having taken judicial notice of the facts that an order granting final approval of a class action settlement was entered on March 2, 2020, in the underlying multi-district litigation ("MDL") matter, *In re: Premera Blue Cross Customer Data Security Breach Litigation*, D. Ore. Case No. 3:15-md-2633-SI, and that no appeal from such order was timely filed, the stay imposed by the sealed Minute Order entered August 31, 2017, docket no. 81, is hereby LIFTED, and this case is returned to the active docket.

(2) Within twenty-one (21) days of the date of this Minute Order, the parties shall meet and confer and file a Joint Status Report indicating whether any and, if so, what issues remain for the Court's determination and when the parties anticipate being ready for dispositive motion practice and trial, if necessary.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of April, 2020.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 1