UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PREMERA BLUE CROSS,<br><br>　　　　　Defendant. | C15-1927 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the stipulation of the parties, docket no. 93, the deadline for filing the Joint Status Report required by Minute Order entered April 3, 2020, docket no. 88, is EXTENDED from April 24, 2020, to May 8, 2020.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of April, 2020.

　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　s/Karen Dews
　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1