The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>PREMERA BLUE CROSS,<br><br>Defendant. | NO. 2:15-CV-01927-TSZ<br><br>**Joint Status Report** |

This action previously was stayed pending resolution of the underlying multi-district litigation matter entitled *In re: Premera Blue Cross Customer Data Security Breach Litigation,* Case No. 3:15-md-2633 (D. Or.) (the "MDL"). The MDL settlement received final approval and judgment was entered on March 2, 2020. On April 3, 2020 (docket no. 88), the Court lifted the stay in this case and directed the parties to file a report indicating what issues, if any, remain for the Court's determination. On May 8, 2020, the parties submitted a Joint Status Report regarding the existence of any further issues to be resolved and the status of Defendant Premera Blue Cross's ("Premera") claim for *Olympic Steamship* fees and costs (docket no. 97). On June 15, 2020, the Court issued a Minute Order (docket no. 98) directing the parties to file a Joint Status Report by July 16, 2020, addressing the following issues: (i) Whether the materials previously

JOINT STATUS REPORT –
NO. 2:15-CV-01927-TSZ

- 1 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

sealed in this matter may be unsealed; (ii) Whether ASIC's declaratory judgment claim relating to indemnification has been resolved and can be dismissed with prejudice; and (iii) Whether the parties have reached agreement concerning the amount of attorneys' fees and costs to which Premera would be entitled if it prevails on any appeal regarding ASIC's duty to defend. The parties have conferred and submit their Joint Status Report as follows:

I. **Materials Previously Sealed**

Plaintiff Atlantic Specialty Insurance Company ("ASIC") and Defendant Premera previously filed certain briefs and exhibits under seal in order to prevent the disclosure of any materials that might compromise Premera's ability to defend itself in the underlying multi-district litigation matter entitled *In re: Premera Blue Cross Customer Data Security Breach Litigation,* Case No. 3:15-md-2633 (D. Or.) (the "MDL"). Since then, the MDL has been resolved by a final settlement and judgment. The parties therefore agree that all materials that were previously sealed in this matter may be unsealed.

II. **ASIC's Declaratory Judgment Claim Regarding Indemnification**

The parties agree that there is no longer an issue as to Premera's indemnity obligations for the MDL settlement, and that ASIC's claim for declaratory judgment regarding indemnification for the MDL may be dismissed with prejudice.

III. **Premera's Claim for *Olympic Steamship* Fees and Costs**

The parties have agreed to resolve Premera's claim for *Olympic Steamship* fees and costs for a payment by ASIC of $226,000. The parties respectfully request that the Court enter the proposed form of judgment attached hereto.

JOINT STATUS REPORT –
NO. 2:15-CV-01927-TSZ

- 2 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1     DATED this 16th day of July 2020.

BETTS, PATTERSON & MINES, P.S.

By   /s Joseph D. Hampton
By   /s Daniel L. Syhre
    Joseph D. Hampton, WSBA #15297
    Daniel L. Syhre, WSBA #34158
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle WA  98101-3927
Telephone:   (206) 292-9988
Facsimile:   (206) 343-7053
E-mail:jhampton@bpmlaw.com
E-mail:dsyhre@bpmlaw.com

SHIPMAN & GOODWIN LLP

By  /s James P. Ruggeri (*pro hac vice*)
By  /s Joshua P. Mayer (*pro hac vice*)
    James P. Ruggeri (*pro hac vice*)
    Joshua P. Mayer (*pro hac vice*)
Shipman & Goodwin LLP
1875 K Street NW, Suite 600
Washington, DC 20006
Telephone:   202-469-7750
Email:   jruggeri@goodwin.com
Email:   jmayer@goodwin.com

Attorneys for Plaintiff Atlantic Specialty Insurance Company

and

JOINT STATUS REPORT – NO. 2:15-CV-01927-TSZ     - 3 -

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

|     |                                                      |
| --- | ---------------------------------------------------- |
| 1   | ORRICK, HERRINGTON & SUTCLIFFE LLP                   |
| 2   |                                                      |
| 3   | By  /s Darren S. Teshima (*pro hac vice*)            |
| 4   |     Darren S. Teshima (*pro hac vice*)               |
|     | Orrick, Herrington & Sutcliffe LLP                   |
| 5   | 405 Howard Street                                    |
|     | San Francisco, CA 94105                              |
| 6   | Telephone:   (415) 773-5700                          |
| 7   | E-mail:      dteshima@orrick.com                     |
| 8   | and                                                  |
| 9   |                                                      |
| 10  | By  /s Mark S. Parris                                |
|     |     Mark S. Parris, WSBA # 18370                     |
| 11  | Orrick, Herrington & Sutcliffe LLP                   |
| 12  | 701 Fifth Avenue, Suite 5600                         |
|     | Seattle, WA 98104-7097                               |
| 13  | Telephone:   (206) 839-4300                          |
|     | E-mail:      mparris@orrick.com                      |
| 14  |                                                      |
| 15  | Attorneys for Defendant Premera Blue Cross           |

JOINT STATUS REPORT –
NO. 2:15-CV-01927-TSZ

- 4 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988