**The Honorable Thomas S. Zilly**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE CO., <br><br> Plaintiff, <br><br> vs. <br><br> PREMERA BLUE CROSS, <br><br> Defendant. | NO. 2:15-CV-01927-TSZ <br><br> JUDGMENT |

This matter came before the Court on the parties' Joint Status Report of July 16, 2020. Having previously entered its decision (Dkt. Nos. 75 and 77) on Plaintiff Atlantic Specialty Insurance Company's ("ASIC") motion for summary judgment on the duty to defend Defendant Premera Blue Cross ("Premera") in connection with the underlying multi-district litigation matter entitled *In re: Premera Blue Cross Customer Data Security Breach Litigation,* Case No. 3:15-md-2633 (D. Or.) (the "MDL"), and in view of the resolution of the MDL by final settlement and judgment,

IT IS HEREBY ORDERED that this action be DISMISSED in its entirety WITH PREJUDICE.  A final JUDGMENT of DISMISSAL is hereby entered against Plaintiff and in favor of Defendant.

JUDGMENT -
NO. 2:15-CV-01927-TSZ

- 1 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1    IT IS FURTHER ORDERED that Plaintiff shall pay to Defendant $226,000.00 for

2 attorneys' fees and costs.  No other fees or costs shall be recoverable in this action.

3    IT IS SO ORDERED.

4    DATED this 17th day of July, 2020.

5

6

7    _____

8    Thomas S. Zilly
     United States District Judge

9

10

11 Presented by:

12 BETTS, PATTERSON & MINES, P.S.

13

14 By   /s Joseph D. Hampton
       Joseph D. H`ampton, WSBA #15297
15 Betts, Patterson & Mines, P.S.
   One Convention Place, Suite 1400
16 701 Pike Street
   Seattle WA  98101-3927
17 Telephone:    (206) 292-9988
   E-mail:       jhampton@bpmlaw.com
18

19

20

21

22

23

24

25

JUDGMENT -
NO. 2:15-CV-01927-TSZ

- 2 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

SHIPMAN & GOODWIN LLP

By /s James P. Ruggeri (*pro hac vice*)
By /s Joshua P. Mayer (*pro hac vice*)
    James P. Ruggeri (*pro hac vice*)
    Joshua P. Mayer (*pro hac vice*)
Shipman & Goodwin LLP
1875 K Street NW, Suite 600
Washington, DC 20006
Telephone:   202-469-7750
Email:        jruggeri@goodwin.com
Email:        jmayer@goodwin.com

Attorneys for Plaintiff Atlantic Specialty Insurance Company

    and

ORRICK, HERRINGTON & SUTCLIFFE LLP


By   /s Darren S. Teshima (*pro hac vice*)
    Darren S. Teshima (*pro hac vice*)
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105
Telephone:   (415) 773-5700
E-mail:       dteshima@orrick.com

and


By   /s Mark S. Parris
    Mark S. Parris, WSBA # 18370
Orrick, Herrington & Sutcliffe LLP
701 Fifth Avenue, Suite 5600
Seattle, WA 98104-7097
Telephone:   (206) 839-4300
E-mail:       mparris@orrick.com

Attorneys for Defendant Premera Blue Cross

JUDGMENT -
NO. 2:15-CV-01927-TSZ

- 3 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988