UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ATLANTIC SPECIALTY
INSURANCE COMPANY,

          Plaintiff,

  v.

PREMERA BLUE CROSS,

          Defendant.

C15-1927 TSZ

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1)    Pursuant to the parties' Joint Status Report, docket no. 99, all materials that were previously sealed in this matter shall be UNSEALED.

      (2)    Plaintiff's motion, docket no. 106, to renote the motion to intervene brought by BCS Insurance Company ("BCSIC"), is treated as a motion for extension of time to file a response to such motion, and is GRANTED. Plaintiff's response, docket no. 108, is treated as timely filed.

      (3)    BCSIC's motion to intervene, docket no. 101, is STRICKEN as moot.

      (4)    The Clerk is directed to send a copy of this Minute Order to all counsel of record for the parties and to counsel of record for BCSIC.

      Dated this 19th day of February, 2021.

                                      William M. McCool
                                      Clerk

                                      s/Gail Glass
                                      Deputy Clerk

MINUTE ORDER - 1